**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

In re:                                                          Chapter 11
                                                        :       Case Nos. 92-B-40026 (RDD) through
WINIMO REALTY CORP., et al.,                                    92-B-40045 (RDD), inclusive
                                                        :
        Debtors.                                                JOINTLY ADMINISTERED UNDER
                                                        :       CASE NO. 92-B-40026 (RDD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## ORDER DIRECTING THE FILING ON THE LEGAL DOCKET OF A STATEMENT SETTING FORTH THE FINAL AMOUNTS OF FEES AND REIMBURSEMENT OF DISBURSEMENTS THE PROFESSIONALS WILL SEEK AN AWARD OF IN THEIR FINAL APPLICATIONS FOR ALLOWANCES

Winimo Realty Corp., et al., the above-captioned debtors and debtors in possession (collectively,

the "Debtors"),  by its counsel, Andrews Kurth LLP and the Official Committee of Unsecured Creditors,

by its counsel Golub & Golub, LLP, jointly seek entry of this Order  ("Proposed Order") directing

certain retained Professionals (as defined below), to file on the legal docket in these cases a statement

setting forth the final amounts of fees and reimbursement of disbursements the professionals will seek

an award of in their final fee applications (or, if they have already been granted a final award but have

not been paid, a statement of the amount of such final award and a copy of the order granting such

award) in order to establish the aggregate amount of professional fees and expenses which may be

requested in these Chapter 11 cases (the "Fee Statement") and paid from the plan fund; and the only

objection, after due notice, to the requested relief having been resolved; and the relief sought

appearing necessary and in the best interest of the Debtors and the estates of the Debtors, after due

deliberation, it is

**ORDERED** that Arthur Anderson & Company, 33 West Monroe, Chicago, Illinois 60603;

Sheldon Hirshon, Esq., Proskauer Rose Goetz & Mendelsohn, n/k/a Proskauer Rose LLP, 1585

Broadway, New York, New York 10036-8299, Arnold & Porter LLP, 399 Park Avenue, New York, NY 10022-4690; Silverberg Stonehill & Goldsmith, c/o Jay Silverberg, Esq , Sills Cummis & Gross, One Rockefeller Plaza, New York, New York 10020; McMillan, Rather, Bennett & Rigano, c/o Jim Ragano, Esq., Bee, Ready, Fishbein Hetter & Donovan, LLP, 170 Old Country Road, Mineloa, New York 11501; Freed Maxick Sachs & Murphy, c/o Freed Maxick & Battaglia, CPAs, One Evans St., Batavia, NY 14020; Gardere & Wynne, n/k/a Gardere, Wynn & Sewell, Thanksgiving Tower, 1601 Elm Street, Suite 3000, Dallas, Texas 75201; Willkie Farr & Gallagher, 787 Seventh Avenue, New York, N.Y. 10019-6099; Tony Providenti, Esq., AC Providenti & Associates, Ltd.,  24 South Ct, Port Washington, NY 11050, Payne, Wood & Littlejohn c/o Farrell Fitz, 2488 Montared Highway, Bridgehampton, New York 11932; Crane, Kelley, Greene & Parente, 90 State Street, Abany, New York 12207;  Hutcheson & Grundy (dissolved) Hutchinson & Grundy, c/o Dewey & LeBoeuf, 301 Avenue of The Americas, Nw York, New York 10019, Spanakos & Spanakos, Esqs., 7297 Ft. Hamilton Parkway, Brooklyn, New York 11228;Strassberg & Strassberg, P.C., 57 West 38th Street, New York, New York 10018; Ross & Hardies, k/n/a McGuireWoods,1345 Avenue of the Americas, 7th Floor, New York, New York 10105-0106 and McGuireWoods, 77 West Wacker Drive, Suite 4100, Chicago, Illinois 60601; Andrew M. Lawler, Andrew M. Lawler, P.C., 641 Lexington Aveune, 27th Floor, New York, New York 10022; Phillips, Nizer, Benjamin, Krim & Ballon, n/k/a Westerman Ball Ederer Miller & Sharfstein, LLP; 1201 RXR Plaza, Uniondale, NY 11556, Attn: Jacqueline L. Giorgio, Esq.; Rivkin, Radler & Kremer, n/k/a Rivkin Radler LLP, 926 RXR Plaza, Uniondale, New York 11556-0926 and J. Ted Donovan, Esq., Goldberg Weprin Finkel Goldstein LLP , f/k/a Finkel Goldstein Rosenbloom & Nash, LLP , 1501 Broadway, 22nd Floor, New York, NY 10036 (collectively, the "Professionals") shall file their Fee Statement on the legal docket not later than July 16, 2010; and it is further

**ORDERED,** that copies of the Fee Statements shall be served upon Paul N. Silverstein, Esq., Andrews & Kurth LLP, 450 Lexington Avenue New York, New York 10017, Counsel to the Debtors, Steven M. Golub, Esq., 225 Broadway, Suite 1515, New York, New York 10007, Counsel to the Official Committee of Unsecured Creditor, and Brian S. Masumoto, Esq, the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21St Floor, New York, New York 10004, **with a copy to the chambers** of United States Bankruptcy Judge Drain; and it is further

**ORDERED** that in the event the notice of presentment and proposed order are not received by any Professional, Debtors' counsel and the Committee's Counsel shall make a good faith effort to locate an address for such Professional and, if Counsel fails to locate such, the Professional shall not be awarded any final compensation or reimbursement; and it is further

**ORDERED** that in the event a Professional is located, the Professional shall have ten (10) days after Counsel to the Debtor or Counsel to the Committee request the Professional to file its Fee Statement to file such Statement; and it is further

**ORDERED** that in the event a Professional fails to timely file a Fee Statement in accordance with the foregoing procedures, no final compensation or reimbursement of disbursements shall be awarded or paid to such Professional; and it is further

**ORDERED** that notice of entry of this proposed order will be served by United States Mail upon the Professionals by no later than three (3) days after the order is docketed; and it is further

**ORDERED** that a Fee Statement does not take the place of the filing of a final fee application and a separate notice of a hearing on final fee applications shall be scheduled by the Court at a later date.

Dated: White Plains, New York
June 9, 2010

**/s/Robert D. Drain**
**Hon. Robert D. Drain**
**United States Bankruptcy Judge**