**PROSKAUER ROSE LLP**
Former Counsel to the Official
Committee of Unsecured Creditors
1585 Broadway
New York, NY 10036
Sheldon I. Hirshon, Esq.
Telephone: (212) 969-3000
Fax: (212) 969-2900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re: :
   WINIMO REALTY CORP., et al., :
                            Debtors. :
                                      :
------------------------------------------------------- x

Chapter 11

Case Nos. 92-B-40026 (RDD) through
92-B-40045 (RDD), inclusive

JOINTLY ADMINISTERED UNDER
CASE NO. 92-B-40026 (RDD)

STATE OF NEW YORK    )
                            ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE BY
## FIRST CLASS MAIL

David C. Cooper, being duly sworn, deposes and says that:

1.       I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2.       On June 23, 2010, I caused true copies of the Statement of Proskauer Rose LLP (f/k/a/ Proskauer Rose Goetz & Mendelsohn LLP) Setting Forth the Final Amounts of Fees and Reimbursement of Disbursements Previously Awarded and Request for Final Allowance (the "Statement") to be served via First Class Mail upon (i) Andrews & Kurth LLP, Attn: Paul N. Silverstein, Esq., 450 Lexington Avenue, New York, NY 10017, (ii) Golub &

Golub, LLP, Attn: Steven M. Golub, Esq., 225 Broadway, Suite 1515, New York, NY 10007, and (iii) Office of the U.S. Trustee for the Southern District of New York, Attn: Brian S. Masumoto, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004, by enclosing the Statement in properly addressed, stamped envelopes and causing the same to be deposited into a designated depository maintained by the United States Postal Service.

                                                              /s/ David C. Cooper  
                                                                   David C. Cooper

Sworn to before me this  
23rd day of June, 2010

 /s/ David A. De Paris, Jr.  
Notary Public, State of New York  
No. 01DE4975535  
Qualified in New York County  
Commission Expires Dec. 10, 2010