Sills Cummis & Gross P.C.
(successor-by-merger to Silverberg
Stonehill Goldsmith & Haber, P.C.
f/k/a Silverberg Stonehill & Goldsmith P.C.)
Former Counsel to the Official
Committee of Unsecured Creditors
One Rockefeller Plaza, 25th Floor
New York, New York 10020
Telephone: (212) 643-7000
Jay L. Silverberg, Esq.
Lori K. Sapir, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos. 92-B-40026(RDD) through |
| WINIMO REALTY CORP., et al., | 92-B-40045 (RDD), inclusive |
| Debtors. | JOINTLY ADMINISTERED UNDER |
| | CASE NO. 92-B-40026(RDD) |

------------------------------------------------------X

**STATEMENT OF SILLS CUMMIS & GROSS P.C., SUCCESSOR-BY-MERGER
TO SILVERBERG STONEHILL GOLDSMITH & HABER P.C.
(F/K/A SILVERBERG STONEHILL & GOLDSMITH, P.C.)
SETTING FORTH THE FINAL AMOUNTS OF FEES AND REIMBURSEMENT OF
DISBURSEMENTS PREVIOUSLY AWARDED AND REQUEST FOR FINAL
ALLOWANCE**

Pursuant to the *Order Directing the Filing on the Legal Docket of a Statement Setting Forth the Final Amounts of Fees and Reimbursement of Disbursements the Professionals Will Seek an Award of in their Final Applications for Allowances*, dated June 9, 2010, Sills Cummis & Gross P.C., successor-by-merger to Silverberg Stonehill Goldsmith & Haber, P.C. (f/k/a Silverberg Stonehill & Goldsmith, P.C.) ("Silverberg"), as former counsel to the Official Committee of Unsecured Creditors, submits this Statement as follows:

1. Pursuant to the *Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses*, dated July 31, 1996, Silverberg was awarded fees in the amount of $65,558.00 and reimbursement of disbursements in the amount of

$1,207.42 for the period of September 11, 1995 through January 19, 1996, none of which has been paid.

2. On June 25, 1998, Silverberg filed its Application for a Second Interim Allowance of Compensation and Reimbursement of Expenses ("Application") seeking fees for the period of January 20, 1996 through June 20, 1998 in the amount of $23,803.50 and reimbursement of disbursements in the amount of $779.40. No hearing has been held on the Application to date. Silverberg intends to re-file the Application and seek an order allowing such fees and reimbursement of disbursements.

Dated: New York, New York
June 28, 2010

                          **SILLS CUMMIS & GROSS P.C.**
                          Successor-by-merger to Silverberg Stonehill
                          Goldsmith & Haber P.C. (f/k/a Silverberg
                          Stonehill & Goldsmith, P.C.)

                          By:   _/s/ Jay L. Silverberg_
                                Jay L. Silverberg
                                Lori K. Sapir
                          One Rockefeller Plaza, 25th Floor
                          New York, New York 10020
                          (212) 643-7000