McMillan, Rather, Bennett & Farinacci, P.C.
(formerly known as McMillan, Rather, Bennett & Rigano, P.C.)
Former Special Environmental Counsel to the Debtors
2273 Howes Street
Merrick, NY 11566
Leslie R. Bennett, Esq.
Telephone: (516) 780-0271

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:

WINIMO REALTY CORP., et al.,

Debtors.

---------------------------------------------------------x

Chapter 11

Case Nos. 92-B-40026 (RDD) through
92-B-40045 (RDD), inclusive

JOINTLY ADMINISTERED UNDER
CASE NO. 92-B-40026 (RDD)

**STATEMENT OF McMILLAN, RATHER, BENNETT & FARINACCI, P.C.
(F/K/A McMILLAN, RATHER, BENNETT & RIGANO, P.C.)
SETTING FORTH THE FINAL AMOUNTS OF FEES
AND REIMBURSEMENT OF DISBURSEMENTS
PREVIOUSLY AWARDED AND REQUEST FOR FINAL ALLOWANCE**

Pursuant to the Order Directing the Filing on the Legal Docket of a Statement Setting Forth

the Final Amounts of Fees and Reimbursement of Disbursements the Professionals Will Seek in

Their Final Applications for Allowances, dated June 9, 2010, McMillan, Rather, Bennett &

Farinacci, P.C., formerly known as McMillan, Rather, Bennett & Rigano, P.C. ("McMillan"), as

former Special Environmental Counsel to the Debtors, submits this statement as follows:

1.     Pursuant to the Order Granting Applications for Allowance of Interim Compensation

and Reimbursement of Expenses, dated August 3, 1994, McMillan was awarded fees in the amount

of $75,242.50 and reimbursement of disbursements in the amount of $5,455.42 for the period from

September 1, 1993 through April 30, 1994.

1

2.      A total of $64,162.43 has not been paid and remains due and owing to McMillan for the period from September 1, 1993 through April 30, 1994.

3.·      McMillan ceased doing business as of February 29, 2003. The remaining McMillan shareholders are Donald J. Farinacci, Robert R. McMillan, and the undersigned, Leslie R. Bennett. Since McMillan has no extant bank account, the shareholders respectfully request that, for ease of distribution to all remaining shareholders, any payment that the Court may direct shall be made payable to Leslie R. Bennett, on behalf of McMillan, Rather, Bennett & Farinacci, P.C., to Mr. Bennett's address, 2273 Howes Street, Merrick, New York 11566. Messrs. Farinacci and McMillan concur with this request as set forth in their accompanying affirmations.

WHEREFORE, McMillan respectfully requests that this Court direct that the Debtors make payment to Leslie R. Bennett, on behalf of McMillan, Rather, Bennett & Farinacci, P.C. in the amount of $64.162.43, and grant such other and further relief as the Court deems proper.

Dated: Garden City, New York
       July 12, 2010

                    McMILLAN, RATHER, BENNETT & FARINACCI, P.C.
                    (f/k/a McMillan, Rather, Bennett & Rigano, P.C.)

                         /s/Leslie R. Bennett
                    By: _____
                         Leslie R. Bennett
                    2273 Howes Street
                    Merrick, NY 11566
                    (516) 780-0271

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

WINIMO REALTY CORP., et al.,

                  Debtors.

-------------------------------------------------------x

Chapter 11

Case Nos. 92-B-40026 (RDD) through
92-B-40045 (RDD), inclusive

JOINTLY ADMINISTERED UNDER
CASE NO. 92-B-40026 (RDD)

## **AFFIRMATION OF DONALD J. FARINACCI**

Donald J. Farinacci affirms, under penalty of perjury, as follows:

1.     I am one of the three remaining shareholders of McMillan, Rather, Bennett & Farinacci, P.C., formerly known as McMillan, Rather, Bennett & Rigano, P.C. ("McMillan").

2.     As set forth in the Statement of McMillan, Rather, Bennett & Farinacci, P.C. (f/k/a McMillan, Rather, Bennett & Rigano, P.C.) Setting Forth the Final Amount of Fees and Reimbursement of Disbursements Previously Awarded and Request for Final Allowance (the "Statement"), dated July 12, 2010, submitted by Leslie R. Bennett, McMillan ceased doing business as of February 29, 2003. I concur with the request made in the Statement that, for ease of distribution to the McMillan shareholders, any payment that the Court may direct for payment of the amount due to McMillan shall be made payable to Leslie R. Bennett, on behalf of McMillan, Rather, Bennett & Farinacci, P.C.

Dated: Garden City, New York
      July 13 , 2010

                                   /s/Donald J. Farinacci
                                 —————————————————
                                    Donald J. Farinacci

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

WINIMO REALTY CORP., et al.,

               Debtors.

-------------------------------------------------------x

Chapter 11

Case Nos. 92-B-40026 (RDD) through
92-B-40045 (RDD), inclusive

JOINTLY ADMINISTERED UNDER
CASE NO. 92-B-40026 (RDD)


## AFFIRMATION OF ROBERT R. McMILLAN

Robert R. McMillan affirms, under penalty of perjury, as follows:

1.     I am one of the three remaining shareholders of McMillan, Rather, Bennett &
Farinacci, P.C., formerly known as McMillan, Rather, Bennett & Rigano, P.C. ("McMillan").

2.     As set forth in the Statement of McMillan, Rather, Bennett & Farinacci, P.C. (f/k/a
McMillan, Rather, Bennett & Rigano, P.C.) Setting Forth the Final Amount of Fees and
Reimbursement of Disbursements Previously Awarded and Request for Final Allowance (the
"Statement"), dated July 12, 2010, submitted by Leslie R. Bennett, McMillan ceased doing business
as of February 29, 2003. I concur with the request made in the Statement that, for ease of
distribution to the McMillan shareholders, any payment that the Court may direct for payment of the
amount due to McMillan shall be made payable to Leslie R. Bennett, on behalf of McMillan, Rather,
Bennett & Farinacci, P.C.

Dated: Garden City, New York
      July  12 , 2010

                                   /s/Robert R. McMillan
                                ———————————————————
                                     Robert R. McMillan