**Freed Maxick Sachs & Murphy, P.C.**
800 Liberty Building
Buffalo, New York 14202
Phone: (716) 847-2651
Fax: (716) 847-0069
Attn: Robert M. Glaser, CPA

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos. 92-B-40026(RDD) |
| WINIMO REALTY CORP., et al., | through 92-B-40045 (RDD), |
| | inclusive |
| Debtors. | |
| ------------------------------ | JOINTLY ADMINISTERED |

## STATEMENT OF FREED MAXICK & MURPHY, P.C. SETTING FORTH THE FINAL AMOUNTS OF FEES AND REIMBURSEMENT OF DISBURSEMENTS PREVIOUSLY AWARDED AND REQUEST FOR FINAL ALLOWANCE

Pursuant to the Order Directing the Filing on the Legal Docket of a Statement Setting Forth the

Final Amounts of Fees and Reimbursement of Disbursements the Professionals Will Seek an Award of in

their Final Applications for Allowances, dated June 9, 2010, Freed Maxick Sachs & Murphy, P.C., as

accountants to the Official Committee of Unsecured Creditors, submits this Statement as follows:

| | Fees | Expenses |
|---|---|---|
| | $18,988.20 | $ 888.93 |
| | $ 3,420.48 | $1,647.27 |
| | $ 2,197.23 | $ 0.00 |
| Totals | $24,605.91 | $2,536.20 |

Dated: Buffalo New York
        July 14, 2010

**Freed Maxick Sachs & Murphy, P.C.**

By: _____
        Robert M. Glaser, CPA/Managing Director
        800 Liberty Building
        Buffalo, New York 14202
        Phone: (716) 847-2651
        Fax: (716) 847-0069

1778002 v 1