ARNOLD & PORTER LLP
Special Counsel to the Debtors for
Specific Environmental Matters
399 Park Avenue
New York, New York 10022-4690
Michael B. Gerrard
(212) 715-1000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | x | Chapter 11 |
| In re: | : |  |
|  | : | Case Nos. 92-B-40026 (RDD) through |
|  | : | 92-B-40045 (RDD), inclusive |
| WINIMO REALTY CORP., et al., | : |  |
|  | : |  |
| Debtors. | : | JOINTLY ADMINISTERED UNDER |
|  | : | CASE NO. 92-B-40026 (RDD) |
|  | : |  |
|  | x |  |

**STATEMENT OF ARNOLD & PORTER LLP**
**SETTING FORTH THE FINAL AMOUNTS**
**OF FEES AND REIMBURSEMENT OF DISBURSEMENTS**
**PREVIOUSLY AWARDED AND**
<u>**REQUEST FOR FINAL ALLOWANCE**</u>

Pursuant to that certain Order Directing the Filing on the Legal Docket of a Statement Setting Forth the Final Amounts of Fees and Reimbursement of Disbursements Professionals Will Seek in Their Final Applications for Allowances, dated June 9, 2010, Arnold & Porter LLP ("A&P" or "Applicant"), as special counsel to the Debtors for specific environmental matters, submits this Statement as follows:

1. On January 19, 1995, the Debtors filed an application with the Court for an order approving the retention of Applicant as special counsel for specific environmental matters (Docket No. 554) (the "Retention Application").

2. On January 31, 1995, the Court entered an order authorizing the employment of Applicant as special counsel for specific environmental matters pursuant to 11 U.S.C. §§ 327(e) and 1107(b), *nunc pro tunc* to November 1, 1994 (the "Retention Order") (Docket No. 559).

3. On April 14, 1995, Applicant filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Arnold & Porter as Special Counsel for the Debtors and Debtors in Possession (the "First Application") (Docket No. 577), seeking approval of fees in the amount of $29,353.20 and expenses in the amount of $428.22 for the period from November 1, 1994 through February 28, 1995 (the "First Application Period").

4. Pursuant to the Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses, dated July 20, 1995 (Docket No. 590), A&P was awarded fees in the amount of $29,353.20 and expenses in the amount of $428.22 with respect to the First Application Period. Of the amounts approved for the First Application Period, $4,350.07 in fees remains unpaid to the Applicant.

5. On July 1, 1996, Applicant filed its Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Arnold & Porter as Special Counsel for the Debtors and Debtors in Possession (Docket No. 709) (the "Second Application"), seeking approval of fees in the amount of $131,345.50 and expenses in the amount of $12,600.09 for the period March 1, 1995 through December 31, 1995 (the "Second Application Period").

6. Pursuant to the Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses, dated July 31, 1996 (Docket No. 718),[1] A&P

---

[1] This Order was amended by the Court on August 8, 1996 (Docket No. 723).

was awarded fees in the amount of $131,345.50 and expenses in the amount of $12,600.09 with respect to the Second Application Period, all of which remains unpaid.

**WHEREFORE,** A&P respectfully requests that this Court enter an Order (i) approving, on a final basis, A&P's total requested fees and expenses in the amount of $173,727.01 (ii) directing the Debtors to make payment to A&P of all fees and expenses previously approved by this Court and not yet paid, including any holdback amount, in the total amount of $148,295.66, and (iii) granting such other relief as is just and proper.

Dated: New York, New York
July 16, 2010

Respectfully submitted,

/s/ Michael B. Gerrard
Michael B. Gerrard
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000

*Special Counsel to the Debtors for Specific Environmental Matters*