October 18, 2010

Ms. Diana G. Adams
Acting United States Trustee
Office of United States Trustee
United States Bankruptcy Court
Southern District of New York
33 Whitehall Street
New York, NY  10004 - 2112

Dear Ms. Adams:

Enclosed herewith are Winimo Realty Corp.'s, et al preliminary consolidated financial statements and other information for the month ended September 30, 2010. These financial statements and other information are being delivered on a limited information basis and do not include all of the information and disclosures required by Generally Accepted Accounting Principles for complete financial statements and may be subject to year-end audit adjustments. All adjustments which are, in the opinion of management, necessary for a fair presentation of the results of operations for the period have been made and are of a recurring nature.

I hereby affirm that all post-petition debts and obligations, specifically all insurance policies, are being paid on a timely basis and in conformity with agreed upon terms.

Sincerely,

*James Fiore*

James Fiore
Chief Financial Officer


Enclosures

cc: Paul Silverstein, Esq.
    Steven Golub, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x     Honorable Robert D. Drain
                                                                 Chapter 11
In re:                                             :             Case Nos., 92-B-40026 (CB)
Winimo Realty Corp.                                              through 92-B-40045
Watson Avenue Realty Corp.                         :             inclusive
Oceana Terminal Corp.                                            JOINTLY ADMINISTERED
Lanimret Terminal, Inc.                            :             UNDER CASE NO.
Jacon Realty Corp.                                               92-B-40026
Forsee Realty Corp.                                :
Cibro Terminals, Inc.
Cirillo Bros. Land Corp.                           :
Cibro Syracuse Property Corp.
Cibro Sales Corp.                                  :
Cibro Petroleum/Westchester, Inc.
Cibro Petroleum Products, Inc.                     :
Cibro Petroleum L.I., Inc.
Cibro Petroleum, Inc.                              :
Cibro Petroleum/Bklyn, Inc.
Cibro Petroleum/Bx, Inc.                           :
Cibro Lindenhurst Property Corp.
Cibro Gasoline Corp.                               :
Cibro Bethlehem Land Corp.
C & J Cirillo Corp.                                :

-----------------------------------------------------------x
```

Unaudited Consolidated Balance Sheet as of September 30, 2010 and Statement of Operations for the month ended September 30, 2010.

THE WINIMO REALTY CORP., ET AL
COMBINED BALANCE SHEET
SEPTEMBER 30, 2010

UNAUDITED
(DOLLARS IN THOUSANDS)

|  | 2010 |
|---|---|
| **ASSETS** |  |
| **CURRENT ASSETS:** |  |
| CASH | $10,983 |
| ACCOUNTS RECEIVABLE, NET | 1 |
| INVENTORY | 0 |
| OTHER CURRENT ASSETS | 64 |
| TOTAL CURRENT ASSETS | 11,048 |
| PROPERTY, PLANT & EQUIPMENT, NET | 2 |
| DUE FROM/TO AFFILIATES | (0) |
| OTHER ASSETS | 168 |
| TOTAL ASSETS | $11,218 |
| **LIABBILITIES AND STOCKHOLDERS' EQUITY** |  |
| **LIABILITIES NOT SUBJECT TO COMPROMISE:** |  |
| SHORT TERM BORROWINGS | $0 |
| ACCOUNTS PAYABLE & ACCRUED LIABILITIES | 4,521 |
| SUBTOTAL | 4,521 |
| LIABILITIES SUBJECT TO COMPROMISE (a) | 17,170 |
| TOTAL LIABILITIES | 21,691 |
| **STOCKHOLDERS' EQUITY:** |  |
| COMMON STOCK | 1,313 |
| PAID-IN CAPITAL | 532 |
| RETAINED EARNINGS | (11,074) |
| LESS TREASURY STOCK AT COST | 1,245 |
| TOTAL STOCKHOLDERS' EQUITY | (10,473) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $11,218 |

(a) Liabilities subject to compromise consist of the following:

|  |  |
|---|---|
| SECURED DEBT | $0 |
| TRADE AND OTHER | 17,170 |
| TOTAL | $17,170 |

**THE WINIMO REALTY CORP., ET AL**
**COMBINED STATEMENT OF OPERATIONS**
**FOR THE MONTH ENDED SEPTEMBER 30, 2010**

**UNAUDITED**
**(DOLLARS IN THOUSANDS)**

| | |
|---|---:|
| **REVENUES:** | |
| **NET SALES** | **$ -** |
| **COSTS AND EXPENSES** | |
| **COST OF GOODS SOLD** | **0** |
| **SELLING, OPERATING & ADMINISTRATIVE** | **15** |
| **INTEREST** | **(3)** |
| **TOTAL COSTS AND EXPENSES** | **12** |
| **INCOME BEFORE REORGANIZATION ITEMS, OTHER ITEMS & TAXES** | **(12)** |
| **REORGANIZATION ITEMS** | |
| **PROFESSIONAL FEES** | **1** |
| **TOTAL REORGANIZATION ITEMS** | **1** |
| **INCOME BEFORE TAXES & OTHER ITEMS** | **(13)** |
| **GAIN (LOSS) ON OTHER ITEMS** | **0** |
| **DEBT FORGIVENESS** | **0** |
| **PROVISION FOR INCOME TAXES** | **(1)** |
| **NET INCOME (LOSS)** | **$ (14)** |

THE WINIMO REALTY CORP., ET AL
COMBINED STATEMENT OF OPERATIONS
FOR THE 4 MONTHS ENDED SEPTEMBER 30, 2010

UNAUDITED
(DOLLARS IN THOUSANDS)

REVENUES:

| | |
|---|---:|
| NET SALES | $0 |
| **COSTS AND EXPENSES** | |
| COST OF GOODS SOLD | 0 |
| SELLING, OPERATING & ADMINISTRATIVE | 57 |
| INTEREST | (11) |
| TOTAL COSTS AND EXPENSES | 46 |
| INCOME BEFORE REORGANIZATION ITEMS, OTHER ITEMS & TAXES | (46) |
| **REORGANIZATION ITEMS** | |
| PROFESSIONAL FEES | 2 |
| TOTAL REORGANIZATION ITEMS | 2 |
| INCOME BEFORE TAXES & OTHER ITEMS | (48) |
| GAIN (LOSS) ON OTHER ITEMS | 0 |
| DEBT FORGIVENESS | 0 |
| PROVISION FOR INCOME TAXES | 2 |
| NET INCOME (LOSS) | ($46) |

| ASSETS | Total | CPPI & BETHLND. | CIBRO SALES CORP. | CPI | CIBRO TERM. INC. | OCEANA TERM. CORP. | CIBRO BRONX INC. |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| CASH | $10,983 | $10,981 | $0 | $0 | ($1) | $0 | $3 |
| ACCOUNTS RECEIVABLE, NET | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| INVENTORY | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER CURRENT ASSETS | 64 | 30 | 0 | 0 | 19 | 0 | 15 |
| TOTAL CURRENT ASSETS | 11,048 | 11,012 | 0 | 0 | 17 | 0 | 18 |
| PROPERTY, PLANT & EQUIPMENT, NET | 2 | (6) | 0 | 0 | 0 | 0 | 8 |
| DUE FROM/TO AFFILIATES | (0) | (9,116) | 1 | 0 | 13,295 | 0 | (6,026) |
| OTHER ASSETS | 168 | 24 | 0 | 0 | 133 | 0 | (0) |
| TOTAL ASSETS | $11,218 | $1,913 | $1 | $0 | $13,446 | $0 | ($5,999) |
| | | | | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE:** | | | | | | | |
| SHORT TERM BORROWINGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCOUNTS PAYABLE & ACCRUED LIABILITIES | 4,521 | 1,988 | 28 | 0 | 14 | 10 | 1,656 |
| SUBTOTAL | 4,521 | 1,988 | 28 | 0 | 14 | 10 | 1,656 |
| LIABILITIES SUBJECT TO COMPROMISE (a) | 17,170 | 9,829 | 64 | 48 | 4,563 | 1,525 | 162 |
| TOTAL LIABILITIES | 21,691 | 11,816 | 92 | 48 | 4,577 | 1,535 | 1,818 |
| **STOCKHOLDERS' EQUITY:** | | | | | | | |
| COMMON STOCK | 1,313 | 2 | 373 | 18 | 127 | 56 | 73 |
| PAID-IN CAPITAL | 532 | 0 | 6 | 0 | 500 | 0 | 5 |
| RETAINED EARNINGS | (11,074) | (9,905) | (437) | (22) | 9,116 | (1,547) | (7,895) |
| LESS TREASURY STOCK AT COST | 1,245 | 0 | 34 | 45 | 874 | 43 | 0 |
| TOTAL STOCKHOLDERS' EQUITY | (10,473) | (9,903) | (91) | (48) | 8,869 | (1,535) | (7,817) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 11,218 | $ 1,913 | 1 | - | $ 13,446 | - | $ (5,999) |
| | | | | | | | |
| **(a) Liabilities subject to compromise consist of the following:** | | | | | | | |
| SECURED DEBT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRADE AND OTHER | 17,170 | 9,829 | 64 | 48 | 4,563 | 1,525 | 162 |
| TOTAL | $17,170 | $9,829 | $64 | $48 | $4,563 | $1,525 | $162 |

\

## THE WINIMO REALTY CORP., ET AL
## COMBINING AND COMBINED BALANCE SHEET
## SEPTEMBER 30, 2010

### UNAUDITED
### (DOLLARS IN THOUSANDS)

| | CIBRO BKLYN. INC. | CIBRO WEST. INC. | CIBRO L.I. INC. & LNDN. | CIBRO GAS. CORP. | C.B. LAND CORP. | LANIMRET TERM. CORP. | C&J CIRILLO CORP. | WINIMO REALTY CORP. | CIBRO SYRACUSE PROP. CORP. | WATSON REALTY CORP. | JACON REALTY CORP. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 892 | (289) | (4) | 16 | 202 | (100) | 709 | (2) | 327 | 94 |
| | 0 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $0 | $892 | ($278) | ($4) | $16 | $202 | ($100) | $709 | ($2) | $327 | $94 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 323 | 29 | (0) | (0) | 13 | (0) | (2) | 463 | 0 | 0 |
| | 0 | 323 | 29 | (0) | (0) | 13 | (0) | (2) | 463 | 0 | 0 |
| | 85 | 136 | 2 | 14 | 327 | 34 | 315 | 27 | 28 | 0 | 13 |
| | 85 | 458 | 31 | 14 | 327 | 47 | 315 | 25 | 491 | 0 | 13 |
| | 357 | 0 | 1 | 1 | 118 | 0 | 142 | 35 | (0) | 1 | 10 |
| | 0 | 14 | 0 | 0 | 2 | 0 | 3 | 0 | 0 | 0 | 0 |
| | (362) | 477 | (310) | (6) | (420) | 166 | (546) | 674 | (467) | 326 | 85 |
| | 79 | 58 | 0 | 13 | 11 | 10 | 14 | 24 | 26 | (0) | 14 |
| | (85) | 434 | (309) | (18) | (311) | 156 | (415) | 685 | (493) | 327 | 81 |
| | - | $ 892 | $ (278) | (4) | 16 | 202 | (100) | 710 | (2) | 327 | 93 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 85 | 136 | 2 | 14 | 327 | 34 | 315 | 27 | 28 | 0 | 13 |
| | $85 | $136 | $2 | $14 | $327 | $34 | $315 | $27 | $28 | $0 | $13 |

| | Total | CPPI & BETHLND. | CIBRO SALES CORP. | CPI | CIBRO TERM. INC. | OCEANA TERM. CORP. | CIBRO BRONX INC. |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| NET SALES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **COSTS AND EXPENSES** | | | | | | | |
| COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SELLING, OPERATING & ADMINISTRATIVE | 15 | 0 | 0 | 0 | 0 | 0 | 15 |
| INTEREST | (3) | (3) | 0 | 0 | 0 | 0 | 0 |
| **TOTAL COSTS AND EXPENSES** | 12 | (3) | 0 | 0 | 0 | 0 | 15 |
| **INCOME BEFORE REORGANIZATION ITEMS, OTHER ITEMS & TAXES** | (12) | 3 | 0 | 0 | (0) | 0 | (15) |
| **REORGANIZATION ITEMS** PROFESSIONAL FEES | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| **TOTAL REORGANIZATION ITEMS** | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| **INCOME BEFORE TAXES & OTHER ITEMS** | (13) | 3 | 0 | 0 | (0) | 0 | (16) |
| GAIN (LOSS) ON OTHER ITEMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEBT FORGIVENESS | | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVISION FOR INCOME TAXES | (1) | 0 | 0 | 0 | (1) | 0 | 0 |
| **NET INCOME (LOSS)** | ($14) | $3 | $0 | $0 | ($1) | $0 | ($16) |

THE WINIMO REALTY CORP., ET AL
COMBINING AND COMBINED STATEMENT OF OPERATIONS
FOR THE MONTH ENDED SEPTEMBER 30, 2010

UNAUDITED
(DOLLARS IN THOUSANDS)

| CIBRO BKLYN. INC. | CIBRO WEST. INC. | CIBRO L.I. INC. & LNDN. | CIBRO GAS. CORP. | C.B. LAND CORP. | LANIMRET TERM. CORP. | C&J CIRILLO CORP. | WINIMO REALTY CORP. | CIBRO SYRACUSE PROP. CORP. | WATSON REALTY CORP. | JACON REALTY CORP. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | Total | CPPI & BETHLND. | CIBRO SALES CORP. | CPI | CIBRO TERM. INC. | OCEANA TERM. CORP. | CIBRO BRONX INC. |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| NET SALES | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **COSTS AND EXPENSES** | | | | | | | |
| COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SELLING, OPERATING & ADMINISTRATIVE | 57 | 0 | 0 | 0 | 1 | 0 | 56 |
| INTEREST | (11) | (11) | 0 | 0 | 0 | 0 | 0 |
| **TOTAL COSTS AND EXPENSES** | 46 | (11) | 0 | 0 | 1 | 0 | 56 |
| **INCOME BEFORE REORGANIZATION ITEMS, OTHER ITEMS & TAXES** | (46) | 11 | 0 | 0 | (1) | 0 | (56) |
| **REORGANIZATION ITEMS** | | | | | | | |
| PROFESSIONAL FEES | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| **TOTAL REORGANIZATION ITEMS** | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| **INCOME BEFORE TAXES & OTHER ITEMS** | (48) | 11 | 0 | 0 | (1) | 0 | (58) |
| GAIN (LOSS) ON OTHER ITEMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEBT FORGIVENESS | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVISION FOR INCOME TAXES | 2 | 0 | 0 | 0 | 1 | 0 | 0 |
| **NET INCOME (LOSS)** | ($46) | $11 | $0 | $0 | ($0) | $0 | ($58) |

THE WINIMO REALTY CORP., ET AL
COMBINING AND COMBINED STATEMENT OF OPERATIONS
FOR THE 4 MONTHS ENDED SEPTEMBER 30, 2010

UNAUDITED
(DOLLARS IN THOUSANDS)

| CIBRO BKLYN. INC. | CIBRO WEST. INC. | CIBRO L.I. INC. & LNDN. | CIBRO GAS. CORP. | C.B. LAND CORP. | LANIMRET TERM. CORP. | C&J CIRILLO CORP. | WINIMO REALTY CORP. | CIBRO SYRACUSE PROP. CORP. | WATSON REALTY CORP. | JACON REALTY CORP. |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $1 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |